| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-02876-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Jan 31 16:40:30 EST 2025 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | KML LAW GROUP<br>STE 5000-BNY INDEPEN CTR<br>701 MARKET STREET<br>PHILADELPHIA, PA 19106-1538 |
| LJ ROSS<br>PO BOX 1838<br>ANN ARBOR, MI 48106-1838 | NYC-HRA Office of Child Support Services<br>150 Greenwich St<br>40th fl<br>New York, NY 10007-5211 | PPL ELECTRIC UTILITIES<br>827 HOUSMAN ROAD<br>ALLENTOWN, PA 18104-9392 |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250 | U.S. Bank, National Association, at. el<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Verizon<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Rickey O. Brathwaite<br>5511 Elmwood Drive<br>Tannersville, PA 18372-7747 | Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank, National Association, as Truste | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     1<br>Total                  15 | |