# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Rickey O. Brathwaite,<br>a/k/a Rickey Orlando Brathwaite,<br>a/k/a Rickey Brathwaite<br>**Debtor** | CASE NO.: 5:24-bk-02876 |
| U.S. Bank, National Association, as Trustee for the<br>Structured Asset Investment Loan Trust Mortgage<br>Pass-Through Certificates, Series 2005-3, | |
| **Movant** | |
| vs. | |
| Rickey O. Brathwaite,<br>a/k/a Rickey Orlando Brathwaite,<br>a/k/a Rickey Brathwaite<br>Jack N. Zaharopoulos | |
| **Respondents** | |

## ANSWER TO MOTION FOR RELIEF
## ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Rickey O. Brathwaite, by and through his attorneys, and answers the Motion for Relief from Automatic Stay by U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

6. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

7. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

8. Denied. Legal conclusion to which no response is required.

9. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

10. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

11. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3 for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By:   /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: July 6, 2026